**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7745**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ANTHONY K. ROUSE,

Defendant – Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  James P. Jones, Chief District Judge.  (3:01-cr-00015-jpj-2)

Submitted:  December 15, 2009        Decided:  December 21, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony K. Rouse, Appellant Pro Se.  Nancy Spodick Healey, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony K. Rouse appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2009). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Rouse</u>, No. 3:01-cr-00015-jpj-2 (W.D. Va. Sept. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>